UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **SCHEDULING ORDER**
                                    :
**Jermaine Boykin**                 :
            Defendants.             :     02 CR 778 (PMH)
                                    :
-------------------------------------------------------------x

A <u>status conference</u> in this matter is scheduled on <u>November 7, 2022 at 2:30 pm</u> in courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: September 28, 2022

                              SO ORDERED:

                              _____
                              Philip M. Halpern, U.S.D.J