# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

---

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequences pending at Doc. 43 and Doc. 48.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              October 17, 2022

**VIA ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:  *United States v. Jermaine Boykin, 7:02-cr-778-PMH*

Dear Honorable Judge Halpern:

I write in response to the Court's directive dated September 29, 2022, requesting that defense counsel advise the Court by October 4, 2022, whether Mr. Boykin intended to proceed with his pro se motion filed on September 28, 2022.

First, I apologize for missing the deadline set by Your Honor. I did not realize my notice of appearance had not yet been filed and I did not receive the ECF notification regarding the directive.

Second, with regard to the pro se motion, Mr. Boykin withdraws the motion. As the directive noted, Mr. Boykin did not have counsel at the time he submitted it. He was incarcerated and making his was to this District for his initial appearance on the violation of supervised release. As he has already been presented before the Magistrate Judge and released from custody, the motion in moot. Therefore, he respectfully requests to withdraw the motion.

Thank you for your time and consideration.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc:  Kingdar Prussien, AUSA