UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.  **RESCHEDULING ORDER**

**Jermaine Boykin**
                Defendants.   7-02-cr-0778- (PMH)
-----------------------------------------------------------x

Due to a scheduling conflict, the status conference scheduled for November 7, 2022 is adjourned to November 21, 2022 at 3:00 p.m. and is converted to a Change of Plea and Sentencing hearing.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time. By November 7, 2022, counsel shall meet and confer and submit, either separately or jointly, their positions concerning the anticipated plea and sentencing, outlining the nature and circumstances of the specification(s) at issue, the guidelines applicable including any term of supervised release, and the proposed purpose of the hearing in this matter. The Court further directs that the United States Probation Office submit to the Court any updates to the Violation of Supervised Release Report and Petition, and advise the Court of its position concerning the nature and circumstances of the specification(s) at issue, and the guidelines applicable including any term of supervised release.

.

    White Plains, NY
     Dated: October 20, 2022        SO ORDERED:

                                              _____
                                              Philip M. Halpern, U.S.D.J