UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **RESCHEDULING ORDER**
                                   :
                                   :     02-cr-00778- PMH
Jermaine Boykin                    :
            Defendant.             :
-----------------------------------------------------------x

The Court has rescheduled the Change of Plea/Sentencing previously scheduled on 11/21/2022 at 3:00 p.m. to 12/9/2022 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse.

Dated: November 14, 2022             SO ORDERED:

                                     _____
                                     Philip M. Halpern, U.S.D.J