UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :           **ORDER**
                                 :
**Jermaine Boykin**              :           7-02-cr-00778-PMH
                  Defendants.    :
                                 :
-------------------------------------------------------------x

HALPERN, J

The <u>Change of Plea and Sentencing hearing</u> scheduled on <u>December 9, 2022 at 9:30 a.m.</u> in Courtroom 520 is cancelled until further notice from the Court.

Dated: November 30, 2022          SO ORDERED:

                                  _____
                                  Philip M. Halpern, U.S.D.J