UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **RESCHEDULING ORDER**
                                  :
**Jermaine Boykin**               :     7-02-cr-0778- (PMH)
                  Defendants.     :
                                  :
------------------------------------------------------------x

Due to a scheduling conflict, the status conference scheduled for January 26, 2023 is adjourned to February 6, 2023 at 11:00 a.m.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

White Plains, NY
Dated: January 5, 2023          SO ORDERED:

                                _____
                                Philip M. Halpern, U.S.D.J