UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                          :
                                                  :
                                                  :     **<u>RESCHEDULING
v.                                                :     ORDER</u>**
                                                  :
**Jermaine Boykin**                               :
                          Defendants.             :     7-02-cr-0778- (PMH)
                                                  :
-------------------------------------------------------------x

Due to a scheduling conflict, the status conference scheduled for February 6, 2023 is adjourned

to February 7, 2023 at 10:00 a.m.


It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of

the White Plains Courthouse at that time.




     White Plains, NY

     Dated: January 19, 2023              SO ORDERED:



                                          Philip M. Halpern, U.S.D.J