UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Jermaine Boykin**

               Defendants.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7-02-cr-0778- (PMH)

The status conference scheduled on February 7, 2023 is adjourned to February 23, 2023 at 10:00 a.m. in Courtroom 520.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

White Plains, NY

Dated: February 6, 2023

SO ORDERED:

Philip M. Halpern, U.S.D.J