UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :            **SCHEDULING ORDER**
                                   :
                                   :            7-02-cr-00778-PMH
**Jermaine Boykin,**               :
        Defendant.    :
-------------------------------------------------------------x

    The United States Probation Office issued an amended Violation Report, dated March 30, 2023, which includes a new violation of supervised release at Specification 13. The Court has therefore converted the Sentencing scheduled on <u>4/4/2023 at 2:30 pm</u> to a Status Conference, which will be held in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 at that time.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 30, 2023        **SO ORDERED:**

                                            Philip M. Halpern, U.S.D.J